UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-22054-CIV-O'SULLIVAN
[CONSENT]

ARNIE RENDON,

    Plaintiff,

v.

WILLIAM S. BERK and
BERK, MERCHANT & SIMS, PLC,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Mediation Report (DE# 21, 10/20/11) filed by mediator Robert A. Dulberg, Esq. Having been advised that the matter has settled, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Monday, October 24, 2011**, at **2:15 PM**, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties are permitted to attend this hearing by telephone.**

DONE AND ORDERED, in Chambers, at Miami, Florida, this **20th** day of October, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record